IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NOBLE BANNER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 3:24-cv-0560 |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : |
| PENTAGON FEDERAL CREDIT UNION, and | : |
| EQUIFAX INFORMATION SERVICES, LLC, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF SETTLEMENT

Plaintiff Noble Banner, by counsel, notifies the Court that he has settled her claims against Defendant Experian Information Solutions, Inc. The parties are working to finalize the settlement and will submit dismissal papers within thirty (30) days, unless the Court orders an earlier submission.

Respectfully submitted,

**NOBLE BANNER,**

By: _/s/ Kristi C. Kelly_
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiff*